# Rockne Cole, Attorney at Law

209 E. Washington, Ste. 305
Iowa City, IA 52240
319.358.1900
319.358.1902 fax
rocknecole@mchsi.com

# Invoice

**Invoice #:** 242
**Invoice Date:** 4/3/2007
**Due Date:** 4/3/2007
**Case:**
**Case#:**

**Bill To:**

| Date | Item | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 4/2/2007 | Postage Reimb Group | .63 postage Dec. 06- Feb. 07 | 1 | 0.63 | 0.63 |
| 4/3/2007 | | Meal at Perkins | | 14.43 | 14.43 |
| 4/3/2007 | | Coffee | | 1.85 | 1.85 |
| 4/3/2007 | | Mileage to Oxford, WI for Charles Ray; 478 miles at .485 per mile | | 231.83 | 231.83 |
| 4/3/2007 | | Hotel in Madison for Charles Ray | | 80.00 | 80.00 |
| | | Total Reimbursable Expenses | | | 328.11 |

| | |
|---|---|
| **Total** | **$328.74** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$328.74** |